**FILED**

FEB - 7 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGE RONALD GUZMAN** |
| | ) | No. **08CR 0115** |
| vs. | ) | |
| | ) | Violations: Title 18, United States |
| MARK POLCHAN and | ) | Code, Sections 844(i), 844(n) and |
| SAMUEL VOLPENDESTO | ) | 924(c)(1) |

**MAGISTRATE JUDGE SCHENKIER**

**COUNT ONE**

THE SPECIAL JUNE 2007 GRAND JURY charges:

Beginning no later than in or around February 2003, and continuing

until at least February 25, 2003, at Berwyn, in the Northern District of Illinois,

Eastern Division, and elsewhere,

MARK POLCHAN and
SAMUEL VOLPENDESTO,

defendants herein, knowingly conspired with each other, and with others known and

unknown to the Grand Jury, to maliciously damage, by means of explosive, a

building and personal property at 6508 West 16th Street, Berwyn, Illinois, a building

and personal property which was then used in interstate commerce and in an

activity affecting interstate commerce, in violation of Title 18, United States Code,

Section 844(i);

All in violation of Title 18, United States Code, Section 844(n).

## COUNT TWO

THE SPECIAL JUNE 2007 GRAND JURY further charges:

On or about February 25, 2003, at Berwyn, in the Northern District of Illinois, Eastern Division,

MARK POLCHAN and
SAMUEL VOLPENDESTO,

defendants herein, maliciously damaged, by means of explosive, a building and personal property at 6508 West 16th Street, Berwyn, Illinois, a building and personal property which was then used in interstate commerce and in an activity affecting interstate commerce;

In violation of Title 18, United States Code, Sections 844(i) and 2.

2

## COUNT THREE

THE SPECIAL JUNE 2007 GRAND JURY further charges:

On or about February 25, 2003, at Berwyn, in the Northern District of Illinois, Eastern Division,

MARK POLCHAN and
SAMUEL VOLPENDESTO,

defendants herein, used and carried a firearm as that term is defined in Title 18, United States Code, Section 921, namely, a destructive device commonly known as a pipe bomb, during and in relation to a crime of violence for which each may be prosecuted in a court of the United States, namely, a violation of Title 18, United States Code, Section 844(n) and a violation of Title 18, United States Code, Section 844(i), as further set forth in Count One and Count Two respectively of this indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A), 924(c)(1)(B)(ii) and 2.

A TRUE BILL:

_____

FOREPERSON

_____

UNITED STATES ATTORNEY

3