Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 115 - 1 & 2 | **DATE** | 7/31/2008 |
| **CASE TITLE** | USA vs. Mark Polchan and Samuel Volpendesto | | |

**DOCKET ENTRY TEXT**

Government's oral motion to unseal the criminal indictment is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|