UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                       Case No.: 1:08−cr−00115
                                         Honorable Ronald A. Guzman

Mark Polchan, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 6, 2008:

    MINUTE entry before the Honorable Maria Valdez: Detention hearing and motion hearing held on 8/6/08 as to Mark Polchan (1) and Samuel Volpendesto (2). Oral argument heard in open court. Defendant Samul Volpendesto's Motion for pretrial release [11] and Defendant Mark Polchan's motion in opposition to Government's motion for detention [12] are taken under advisement. Government's oral motion to detain defendants is taken under advisement. Court will issue a ruling by mail. Mailed notice (yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.