# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                  Case No.: 1:08−cr−00115
                                                       Honorable Ronald A. Guzman

Mark Polchan, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 8, 2008:

      MINUTE entry before the Honorable Maria Valdez: For the reasons stated in the attached Order, the defendants having failed to overcome the presumption of detention, the Government's motion to detain defendants Polchan and Volpendesto on the grounds of risk of flight and danger to the community is Granted. As a result, defendant Volpendesto's motion for pretrial release [11] and Polchan's Motion in opposition to Government's motion for detention [12] are denied. (Enter Order) Mailed notice (yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.