UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No.  08 CR 115 |
| v. ) | |
| ) | Judge Ronald A. Guzman |
| MARK POLCHAN and ) | |
| SAMUEL VOLPENDESTO ) | |

## GOVERNMENT'S AGREED MOTION FOR A PROTECTIVE ORDER RELATING TO DISCOVERY

Now comes the United States of America, by and through Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, and herein seeks leave of this Court for a Protective Order relating to discovery.  In support of this motion, the government states as follows:

1.  The government has collected various discovery materials that it intends to tender to the defense in this case.  These materials are property of the United States.  Moreover, significant portions of these materials contain information that is law enforcement sensitive.

2.  Counsel for defendants have been contacted and have no objection to the entry of such a protective order in connection with discovery received in this case.

WHEREFORE, the government respectfully requests that a protective order be entered in this case with respect to the use and dissemination of discovery materials provided by the government, and has submitted a proposed order to that end.

                         Respectfully submitted,

                         PATRICK J. FITZGERALD
                         United States Attorney

By:   s/ T. Markus Funk
        T. MARKUS FUNK
        AMARJEET S. BHACHU
        Assistant U.S. Attorneys
        Chicago, IL 60604
        (312) 886-7635

## **CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

> GOVERNMENT'S AGREED MOTION FOR A PROTECTIVE ORDER
> RELATING TO DISCOVERY

were served on August 13, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                                  s/T. Markus Funk
                                                  T. MARKUS FUNK
                                                  AMARJEET S. BHACHU
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois
(312) 886-7635