Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 115 | DATE | 8/14/2008 |
| CASE TITLE | USA vs. POLCHAN and VOLPENDESTO | | |

**DOCKET ENTRY TEXT**

Motion by USA for protective order as to Mark Polchan, Samuel Volpendesto Relating to Discovery [18] is granted. Enter protective order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | CG |
|---|---|---|