## WAIVER OF CONFLICTS OF INTEREST

Mark Polchan, a named defendant in Case 08 CR 115, states as follows:

1.

My name is Mark Polchan. I have been indicted by a federal grand jury for allegedly using an explosive device to damage a building in Berwyn, Illinois, conspiring to do the same, and carrying a destructive device in relation to the same.

2.

I fully understand that under the Sixth Amendment to the United States Constitution, I have a right to effective assistance of counsel. I also understand that the right to effective assistance of counsel includes the right to be represented by attorneys who are free from conflicts of interest.

3.

I understand that I have been indicted along with Samuel Volpendesto. I realize that my attorney, Alex Salerno, has previously represented Samuel Volpendesto on prior unrelated matters, and on the current case pre-indictment. I also understand that Alex Salerno may have represented potential witnesses who may testify at the trial of this cause.

4.

I waive any actual or potential conflict Alex Salerno may have concerning his representation of me in this case. I have no objection to Alex Salerno's previous representation of of Mr. Volpendesto, and hereby waive any conflict that such representation entails. Further, I waive any conflict that may arise concerning Alex Salerno's representation of potential witnesses. I have retained co-counsel for this very reason, and am confident co-counsel can handle any matters as to which Alex Salerno is excluded.

5.

Furthermore, I hereby knowingly and voluntarily waive my right to bring any

claim or seek any relief based on an alleged conflict of interest during proceedings on any

Case 1:08-cr-00115    Document 28    Filed 09/05/2008    Page 2 of 10

criminal case brought against me in the United States District Court.

6.

I further knowingly and voluntarily waive my right to bring any claim or seek any relief based on an alleged conflict of interest in any post-conviction proceedings such as a petition under 28 U.S.C. Section 2255 or any appeal therefrom.

7.

I have conferred with an attorney, William S. Stanton, who is not associated with Alex Salerno, concerning the matters set forth in this affidavit, and am confident that I have been fully advised of my rights in this situation. Mr. Stanton has advised me of my right to cooperate against any co-defendants or unnamed co-conspirators. Mr. Stanton will be available for consultation and representation should I decide to cooperate at some point. Mr. Stanton has explained to me that I am under no obligation to waive my right to conflict-free counsel.

8. I am making this waiver of my own free will. Nobody has promised, threatened, coerced, or forced me to sign this waiver or waive my right to conflict-free counsel as stated herein.

DATE: <?-«/-03

Mark Polchan

DATE:

William S. Stanton

AFFIDAVIT MARK POLCHAN, being first duly sworn under oath, deposes and states as follows:

1. My Name is Mark Polchan. I am s defendant in the United States v. Polchan, No, 08 CR 115, presently before the Honorable Judge Guzman in the Northern District of Illinois.

2. I was indicted in, 2008. Attorney Alex Salerno has filed an appearance as counsel on my behalf.

3. It is my desire to have Alex Salerno represent me in the above numbered case.

4. I understand that Mr. Salerno has represented CW4, who may be called as a government witness at trial, Samuel Volpendesto and Outfit Member A at various times.

5. I fully understand that under the Sixth Amendment to the United States Constitution I have a right to effective assistance of counsel. I also understand that the right to effective assistance of counsel includes the right to be represented by attorneys who are free from any conflicts of interest.

6. I understand that Mr. Salerno's representation may create a potential conflict of interest. Mr. Salerno could not use or disclose any confidential attorney client communications he learned through his representation of CW4 or, should he testify, Volpendesto, or Outfit Member A.

7. I further understand that should either CW4, Outfit Member A or Volpendesto, testify, Mr. Salerno could not participate hi their cross examinations during trial or possibly at sentencing.

8. I have read the Government's Motion to disqualify Alexander Salerno and have been advised of the Government's position regarding potential conflicts.

9. I have retained attorney Damon M. Cheronis to help assist in my defense and I understand that he will cross-examine Sam Volpendesto, CW4 or Outfit Member A should they testify in this matter, and that Mr. Salerno could not share any information he may have learned through his representation of the aforementioned with Mr. Cheronis in preparation for their cross-examinations.

10. I have also been advised by two separate attorneys (including Cheronis) who have no connection with Alexander Salerno's law office regarding my potential sentence, should I be convicted, as well as any decision to cooperate with the Government in this case or in the investigation of Outfit Member "A", or alternatively, my options of going forward to trial.

11. I hereby knowingly and voluntarily waive my right to bring any claim or seek any relief based on an alleged conflict of interest during proceedings on my criminal case in the United States District Court.

Case 1:08-cr-00115    Document 28    Filed 09/05/2008    Page 5 of 10

12. In the event I am convicted, I understand that I would have the right to appeal my conviction and sentence. In the event I am convicted and pursue an appeal, I hereby knowingly and voluntarily waive my right to bring any claim or seek any relief based on an alleged conflict of interest.

13. I further knowingly and voluntarily waive my right to bring any claim or seek any relief based on an alleged conflict of interest in any post conviction proceedings such as a petition under U.S.C. § 2255 on any appeal therefrom.

14. I have met with an attorney not associated with Alexander Salerno's office about the matters set forth in this affidavit. I am making this affidavit of my own free will. Nobody has promised, threatened, coerced or forced me to make this affidavit or waive my right to conflict free counsel as stated herein.

15. Acknowledging the above, it is my desire to have Alexander Salerno represent me in this case.

FURTHER THE AFFIANT S AYETH NOT

Signed and subscribed
By me this _____ day
of September, 2008


Notary Public

**AFFIDAVIT** DAMON CHERONIS, being first duly sworn under oath, deposes and states as follows:

1. My Name is Damon Cheronis and I am an attorney licensed to practice law in the State of Illinois, including the United States District Court for the Northern District of Illinois and Federal Trial bar.

2. My office is located at 53 W. Jackson, Suite 1750, Chicago, Illinois 60604.

3. I have filed my appearance in this matter on behalf of Mark Polchan.

4. I have never represented CW4, Outfit Member "A", or Sam Volpendesto in any capacity, nor have I discussed any matters with attorney Alex Salerno regarding his communications with the aforementioned.

5. I have never before been co-counsel with Alex Salerno on any cases.

6. Should this case go to trial, I understand that it will be my responsibility to cross-examine CW4, Volpendesto, and/or Outfit Member A, should any or all of them testify.

7. Moreover, I understand and acknowledge that I will not be able to speak with attorney Salerno regarding any confidential information that he has regarding CW4, Outfit Member A, or Sam Volpendesto stemming from any attorney client relationship that may have existed.

8. I have spoken with Polchan individually regarding his potential sentence, should he be convicted, as well as any decision to cooperate with the Government in this case or in the investigation of Outfit Member "A", or alternatively, his options of going forward to trial as well as any hindrances of possible defense strategies.

9. Should Polchan be convicted, and seeks eligibility for "safety valve" relief under Guideline 5C1.2, I will be able to represent to the Court an accurate assessment of Polchan's account of his offense and relevant conduct.

10. I shall continue to discuss any and all options available to Polchan throughout the pendency of this matter as there are absolutely no conflicts stemming from my representation.

Damon M. Cheronis Signed and subscribed

By me this       dayof September, 2008
FURIHER THE AFFIANT SAYETH NOT

_____
Notary Public

**<u>AFFIDAVIT</u>**

ALEXANDER SALERNO, being first duly sworn under oath, deposes and states as follows:

1.

My name is Alexander Salerno and I am an attorney licensed to practice law in the State of Illinois, including the United States District Court for the Northern District of Illinois and Federal Trial bar.

2.

I have never been co-counsel with Mr. Cheronis on any cases.

3.

I have not, nor will I discuss any information gained throughout the course of my attorney client relationship with Sam Volpendesto, Outfit Member A, or CW4 with Mr. Cheronis.

4.

I acknowledge that Mr. Cheronis will cross-examine any witnesses that pose a potential conflict.

5.

Although the Canons of Ethics would require Attorney William Stanton to notify me if he wished to speak with Mr. Polchan in regard to the issues raised by the government in the motion and to possible cooperation, I agree that Mr. Stanton can consult with Mr. Polchan at any time, without notifying me.

FURTHER AFFIANT SAYETH NAUGHT

Alexander M. Salerno