UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

MARK POLCHAN and
SAMUEL VOLPENDESTO,
    Defendant,

No. 08 CR 115

Honorable Judge Ronald A. Guzman

## NOTICE OF FILING

TO: Amarjeet S. Bhachu
   T. Markus Funk
   Assistant United State's Attorneys
   219 S. Dearborn - 5th Floor
   Chicago, Illinois 60604

  Please take Notice that on the 5th day of September, 2008, we shall file with the Clerk of the United States Court, for the Northern District of Illinois, Eastern Division, Defendant, DEFENDANT MARK POLCHAN'S RESPONSE TO GOVERNMENT'S MOTION SEEKING DISQUALIFICATION OF DEFENSE COUNSEL, a copy of which is served upon you.

                s/Alexander M. Salerno
                Alexander M. Salerno

## CERTIFICATE OF SERVICE

  ALEXANDER M. SALERNO, an attorney, hereby states on oath that he caused to be served upon the above named parties, by electronic filing, on the 5th day of September, 2008, a copy of the Notice and documents referred to therein.

                s/Alexander M. Salerno
                Alexander M. Salerno
                2505 S. Des Plaines Ave.
                North Riverside, IL 60546

(708) 443-5400