UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 115 |
| | ) | Hon. Ronald A. Guzman |
| MARK POLCHAN and | ) | |
| SAMUEL VOLPENDESTO | ) | |
| | ) | |

**Notice of Filing**

On September 5, 2008, I, Damon M. Cheronis, filed with the Clerk of the United States District Court for the Northern District of Illinois, my Appearance on behalf of Mark Polchan.

Electronic Notice was sent to:

**T. Markus Funk**
**United States Attorneys Office**
**219 S. Dearborn, 4th Floor**
**Chicago, Illinois 60604**

Via ECF filing and a copy shall also be hand delivered by Monday September 8, 2008.

s/Damon M. Cheronis
Damon M. Cheronis
One of Mark Polchan's Attorneys