UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   08 CR 115 |
| | ) | Hon.   Ronald A. Guzman |
| MARK POLCHAN and | ) | |
| SAMUEL VOLPENDESTO | ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on September 12, 2008, the undersigned filed the GOVERNMENT'S REPLY IN SUPPORT OF MOTION SEEKING DISQUALIFICATION OF DEFENSE COUNSEL DUE TO CONFLICTS PRESENTED BY THEIR REPRESENTATION OF THE DEFENDANTS, a copy of which has been served upon you.

/s/ Amarjeet S. Bhachu   6236711
T. MARKUS FUNK
AMARJEET S. BHACHU
Assistant United States Attorneys
219 South Dearborn Street
Fifth Floor
Chicago, Illinois 60604
(312) 469-6212